UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT JOSEPH BATES,<br><br>                    Petitioner,<br><br>v.<br><br>DANIEL A. PARAMO, WARDEN,<br><br>                    Respondent. | Case No.: 18cv1563-MMA (MSB)<br><br>**ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS UNEXHAUSTED CLAIMS**<br><br>[Doc. No. 29] |

Petitioner Gilbert Joseph Bates ("Petitioner"), a state prisoner proceeding *pro se*, has filed a First Amended Petition ("FAP") for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. *See* Doc. No. 5. The Court previously cautioned Petitioner that his FAP contains both exhausted and unexhausted claims and informed Petitioner of his options for proceeding with a mixed petition. *See* Doc. Nos. 17, 22.

On March 25, 2020, Petitioner filed a motion to voluntarily dismiss the unexhausted claims in his FAP—Claims Two through Six. *See* Doc. No. 29. Upon due consideration, good cause appearing, the Court **GRANTS** Petitioner's motion. Accordingly, the Court **DISMISSES** Claims Two through Six in the FAP. *See Rose v. Lundy*, 455 U.S. 509, 510 (1982) (holding that a petitioner who files a mixed petition

may "resubmit[] the habeas petition to present only exhausted claims to the district court.").

    **IT IS SO ORDERED.**

Dated: April 1, 2020

HON. MICHAEL M. ANELLO
United States District Judge